1351-15

To The Court of Criminal Appeals,                                    11-7-15

I received a letter from the Public Defender office of Law Texas Rio Grande Legal AID INC Bee County Regional, Beeville Tx. And Also a card saying The Court has granted the Appellants Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. That I got till December 15 2015 to file any for The Discretionary Review. well first of all I never file anything Pro se Cause I don't Know how and I have no attoney because I have no money to afford one. I wrote a letter to the Public Defender of the law office of Texas Rio Grande Legal AID INC asking for help to file the motion for The Discretionary Review and they wrote me a letter saying that they can't help me and that I should file it Pro-se. Like I said I don't Know How I don't understand nothing about law, if I did, I'll probably be a lawyer and I wouldn't be in prison ! So the only way I Know to file a motion is to ask. So To whom it may concern Im asking if you can please grant me a Discretionary Review. I didn't have a fair Trial, because I had already pleaded guilty on the Federal charge of transporting illegal immigrants on my federal Lawyers advise without me Knowing I had this case pending. The State case of Evading Arrest. They never told me I had this Case pending. I didn't even know I was charge with it, if I would of knows I would of never pleaded guilty to the federal charge of Transporting illegal immigrants. So thats why they found me guilty on this state charge I had already pleaded guilty in the feds. Now my public Defender MS. Michelle Ochoa for the state charge told me from the begining that we were going to lose the Case, So I ask her that I Needed

time to go talk to my family to see if they could help me get a paid attorney and she said that no we don't have enough time for that, that I was "stuck" with her. I didn't want for her to represent me because she told me from the begining that we were going to lose that Live oak Co. were a bunch of Rednecks that were going to hang me! Discrimination? And just because of her a bunch of racist and my ignorance of the law my life has been put out with 38 yrs in state prison for evading arrest. Sorry I got carried away, but that's the truth that's what happen to me I should of had the chance to talk to my family to get a paid Attorney at the time but because of Ms. Michelle ochoa I didn't! I Know for a fact that she didn't help me. I would tell her if I could say something to the Court and all she tell me to stay quiet. I have much to say, but does it matters? Sincerly,

Enrique Sanchez # 48232-379